```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

<u>Alexander Otis Matthews</u>

       v.                                            Civil No. 13-cv-360-PB

<u>Kerri Mikolaities, et al</u>


<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 24, 2013. For the reasons set forth in the Report and Recommendation, all claims asserted in the complaint (doc. nos. 1, 7, 8, 13-2) are dismissed, and all pending motions (doc. nos. 3, 9, 13, 15, 16) are denied. The Clerk shall enter judgment and close the case.


    SO ORDERED.

                                              /s/ Paul Barbadoro
                                              _____
                                              Paul Barbadoro
                                              United States District Judge

Date: November 5, 2013

cc: Alexander Otis Matthews